USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 09/03/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**DENISE HAIRSTON,** *on behalf of Jayven Tash Sanders-Hairston*,

                **Plaintiff,**

-against-

**COMMISSIONER OF SOCIAL SECURITY,**

                **Defendant.**

**20-CV-5432 (ALC)**

**ORDER OF DISMISSAL**

---

**ANDREW L. CARTER, JR., United States District Judge:**

By order dated June 7, 2021, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed in forma pauperis ("IFP application") or pay the $400.00 in fees required to file a civil action in this Court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP application or paid the fee. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

**SO ORDERED.**

Dated:   September 3, 2021
         New York, New York

*/s/ Andrew L. Carter*

         **ANDREW L. CARTER**
         **United States District Judge**